UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-60670-CIV-ZLOCH
06-60079-CR-ZLOCH

WINDELL GORDON,

    Petitioner,

vs.                                      **O R D E R**

UNITED STATES OF AMERICA,

    Respondent.
_____/

THIS MATTER is before the Court upon the Report Of Magistrate (DE 5) filed herein by United States Magistrate Judge Patrick A. White and upon Petitioner Windell Gordon's Motion For Notice Of Appeal, Motion To Strike Surplusage Aggravated Felony Elements, And Deny Admission Evidence Of Drug Trafficking Offense Sentence Judgment (DE 1), which the Court construes as a Motion To Vacate Sentence, and Petitioner's Amended Pleading (DE 4), which the Court construes as an Amended Motion To Vacate Sentence.  The Court has conducted a _de novo_ review of the entire record herein and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Petitioner's Response In Opposition To Magistrate Judge Recommendation And Report (DE 6), which the Court construes as Petitioner's Objections To The Report Of Magistrate Judge, be and the same are hereby **OVERRULED**;

   2.   The Report Of Magistrate (DE 5) filed herein by United States Magistrate Judge Patrick A. White be and the same is hereby approved, adopted, and ratified by the Court;

   3. Petitioner Windell Gordon's Motion For Notice Of Appeal, Motion To Strike Surplusage Aggravated Felony Elements, And Deny Admission Evidence Of Drug Trafficking Offense Sentence Judgment (DE 1), which the Court construes as a Motion To Vacate Sentence, and Petitioner's Amended Pleading (DE 4), which the Court construes as an Amended Motion To Vacate  Sentence, be and the same is hereby **DENIED**; and

   4. Final Judgment will be entered by separate Order.

   **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   29th    day of April, 2014.


WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

The Honorable Patrick A. White
United States Magistrate Judge

All Counsel of Record

Windell Gordon, PRO SE
57196-004
D. Ray James Correctional Institution
Inmate Mail/Parcels
P.O. Box 2000
Folkston, GA 31537